1  DAVID SZWARCSZTEJN, CA Bar No. 272371
   david.szwarcsztejn@ogletree.com
2  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
3  400 South Hope St., Suite 1200
   Los Angeles, CA 90071
4  Telephone:  213-239-9800
   Facsimile:  213-239-9045
5
6  GRAHAM M. HELM, CA Bar No. 316002
   graham.helm@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK &
7  STEWART, P.C.
   One Embarcadero Center, Suite 900
8  San Francisco, CA 94111
   Telephone:  415-442-4810
9  Facsimile:  415-442-4870

10 Attorneys for Defendants
   CPC LOGISTICS SOLUTIONS, LLC and CPC
11 LOGISTICS INC.

12
                        **UNITED STATES DISTRICT COURT**
13
                        **NORTHERN DISTRICT OF CALIFORNIA**
14

15

16 | OSCAR BARAJAS, as an individual and on behalf of all others similarly situated, | Case No. 3:22-cv-03911 |
   |---|---|
17 | Plaintiff, | **DECLARATION OF BILL STEIMEL IN SUPPORT OF DEFENDANTS' CPC LOGISTICS SOLUTIONS, LLC AND CPC LOGISTICS INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** |
18 | v. | |
19 | CPC LOGISTICS SOLUTIONS, LLC, a Missouri limited liability company; CPC LOGISTICS INC., a Missouri corporation; NEWCO DISTRIBUTORS, INC., a California corporation; and DOES 1-100, inclusive, | |
20 | | *[Filed concurrently with Civil Cover Sheet; Certification of Interested Parties and Disclosure Statement; Notice of Removal of Civil Action; Declarations of Duane Trower and Leslie Gomez in Support of Removal]* |
21 | | |
22 | Defendants. | |
23 | | Complaint Filed: May 16, 2022 |
   | | Trial Date: None Set |
24 | | Judge: Hon. _____ |

25

26

27

28

Case No. 3:22-cv-03911
DECLARATION OF BILL STEIMEL IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

I, Bill Steimel, hereby declare and state as follows:

1. I am currently the Vice President – Information Technology of defendant CPC Logistics Inc.  I have personal knowledge of all of the facts set forth below, and if called upon to testify to the same, I could and would do so competently and truthfully.

2. I make this declaration in support of defendants CPC Logistics Inc. and CPC Logistics Solutions, LLC's Notice of Removal of Civil Action to United States District Court.

3. In my position as Vice President – Information Technology, I am familiar with and have access to CPC Logistics Solutions, LLC's ("CPCLS") human resources, timekeeping, and payroll systems, which contain CPCLS's human resources, timekeeping, and payroll data, as well as the particular computer systems, databases, and software used for those systems, and how the data is maintained within those systems.  The data included in those systems includes employee records, timekeeping, payroll, and time-off data, and more.  I have access to such information pertaining to current and former CPCLS employees who are or were employed in California. CPCLS maintains and stores data pertaining to its California employees in various formats. The data forming the basis for the contents of this declaration is stored electronically in CPCLS's human resources and payroll systems in the ordinary course of business. I have reviewed, and caused to be reviewed, these records described above ("the Employee Records") that are maintained in CPCLS's ordinary course of business.  More specifically, the Employee Records that I reviewed and caused to be reviewed consist of human resources and payroll data for each current and former non-exempt CPCLS employee in California from November 19, 2017 to June 11, 2022 ("the putative class members"). This data provides each putative class member's present employment status, and for the time period from November 19, 2017 to June 11, 2022, the employee's weekly hours worked, number of regular and overtime hours the employee was paid each pay period, the number of pay periods the employee was employed, and the employee's base pay rate.  The data also contains the number of wage statements issued to each employee and the date of termination of employment for each former employee.

4. Based on the Employee Records, CPCLS employed approximately 1,238 non-exempt employees in California from November 19, 2017 to the present (the "putative class

1 members").

2     5.    Based on the Employee Records, there are 1,022 putative class members whose employment with CPCLS terminated from November 19, 2018 to the present. These putative class members received an average base hourly rate of $27.71.

    6.    Based on the Records, CPCLS employed 54 putative class members who were each issued at least 41 wage statements for the applicable pay periods during the period from May 16, 2021 to the present.

    7.    Based on the Records, CPCLS employed an additional 437 putative class members who were issued a total of 5,406 wage statements for the applicable pay periods during the period from May 16, 2021 to the present. Each of these 437 putative class members was issued fewer than 41 wage statements for the applicable pay periods during the period from May 16, 2021 to the present.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on July 1, 2022, at Chesterfield, Missouri.

_____
Bill Steimel

51927636.v1-OGLETREE