DAVID SZWARCSZTEJN, CA Bar No. 272371
david.szwarcsztejn@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope St., Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:    213-239-9045

GRAHAM M. HELM, CA Bar No. 316002
graham.helm@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendants
CPC LOGISTICS SOLUTIONS, LLC and
CPC LOGISTICS INC.

[Plaintiff's Counsel on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR BARAJAS, as an individual and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>CPC LOGISTICS SOLUTIONS, LLC, a Missouri limited liability company; CPC LOGISTICS INC., a Missouri corporation; NEWCO DISTRIBUTORS, INC., a California corporation; and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. 3:22-cv-03911-WHO<br><br>**[~~PROPOSED~~] MODIFIED ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING AND HEARING DATES ON PLAINTIFF'S MOTION TO REMAND**<br><br>Hearing Date:   September 7, 2022<br>Time:           2:00 p.m.<br>Judge:          Hon. William H. Orrick<br>Courtroom:      2<br><br>Complaint Filed:  May 16, 2022 |

1  MICHAEL R. CROSNER, CA Bar. No. 41299
   mike@crosnerlegal.com
2  ZACHARY M. CROSNER, CA Bar No. 272295
   zach@crosnerlegal.com
3  BLAKE R. JONES, CA Bar No. 211221
   blake@crosnerlegal.com
4  SEPIDEH ARDESTANI, CA Bar. No. 274259
   sepideh@crosnerlega.com
5  CROSNER LEGAL, PC
   9440 Santa Monica Blvd. Suite 301
6  Beverly Hills, CA  90210
   Telephone:     310-496-5818
7  Facsimile:     310-510-6429

8  Attorneys for Plaintiff
   OSCAR BARAJAS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff OSCAR BARAJAS ("Plaintiff") and defendants CPC LOGISTICS SOLUTIONS, LLC and CPC LOGISTICS INC. ("Defendants") (collectively, the "Parties"), filed a Joint Stipulation to Continue Briefing and Hearing Dates on Plaintiff's Motion to Remand. The Court hereby ORDERS as follows:

- Defendants' Opposition to Plaintiff's Motion to Remand currently due on August 15, 2022 is now due August 29, 2022;
- Plaintiff's Reply in support of his Motion to Remand currently due on August 22, 2022 is now due September 6, 2022; and
- The hearing on Plaintiff's Motion to Remand currently set for September 7, 2022 is continued to ~~September 14, 2022~~ **September 21, 2022**.

**IT IS SO ORDERED.**

Dated: August 15, 2022

Honorable William H. Orrick
United States District Court Judge