UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Mark B. Busby                                                                                    General Court Number
Acting Clerk of Court                                                                              510-637-3530

September 26, 2022

Superior Court of California, County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  Oscar Barajas v.  CPC Logistics Solutions, LLC, et al.
        22-cv-03911-WHO

Your Case Number:  22CV011373

Dear Clerk,

　　　　Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

　　　　☒  Certified original and one copy of this letter

　　　　☒  Certified copy of docket entries

　　　　☒  Certified copy of Remand Order

　　　　☐  Other

　　　　Please send an acknowledgement of receipt of these documents to Kiilani_Kealalio-Puli@cand.uscourts.gov.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Mark B. Busby, Clerk of Court

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　by:  Kiilani Kealalio-Puli
　　　　　　　　　　　　　　　　　　Case Systems Administrator
　　　　　　　　　　　　　　　　　　(510) 637-3370

*REV. 10/21*